Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-016

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

**Title of Work:** Cowboy Gear

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** OL2025051407



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-017**

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025



## Title

| | |
|---|---|
| **Title of Work:** | Cowboy Hat and Boots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 27, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Olivier Le Queinec |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olivier Le Queinec |
| | 414 Church Rd., Readfield, ME, 04355, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olivier Le Queinec |
| **Email:** | dearolivier@juno.com |
| **Address:** | 414 Church Rd. |
| | Readfield, ME 04355 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | OL2025051408 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-517**

**Effective Date of Registration:**
May 27, 2025

**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** Vintage Cowboy Boots

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051423



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-528**

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

        **Title of Work:** The Old Boots

## Completion/Publication

        **Year of Completion:** 2012
        **Date of 1st Publication:** October 17, 2012
        **Nation of 1st Publication:** United States

## Author

-         **Author:** Olivier Le Queinec
        **Author Created:** photograph
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Olivier Le Queinec
        414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

        **Name:** Olivier Le Queinec
        **Email:** dearolivier@juno.com
        **Address:** 414 Church Rd.
        Readfield, ME 04355 United States

## Certification

        **Name:** David Denholm
        **Date:** May 27, 2025
        **Applicant's Tracking Number:** OL2025051422



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-230**

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Cowgirl Boots Collection

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 13, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051411

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-572**

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 29, 2025

## Title

        **Title of Work:** Rodeo Still Life

## Completion/Publication

       **Year of Completion:** 2012
    **Date of 1st Publication:** October 09, 2012
  **Nation of 1st Publication:** United States

## Author

            **Author:** Olivier Le Queinec
      **Author Created:** photograph
          **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

            **Name:** Olivier Le Queinec
           **Email:** dearolivier@juno.com
         **Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

              **Name:** David Denholm
             **Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051417



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-315**

**Effective Date of Registration:**
May 27, 2025

**Registration Decision Date:**
July 28, 2025

---

### Title

**Title of Work:** The American Sport

### Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 08, 2015
**Nation of 1st Publication:** United States

### Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

### Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

### Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051420

Page 1 of 2


# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-012**

**Effective Date of Registration:**
May 26, 2025

**Registration Decision Date:**
July 24, 2025

## Title

Title of Work: Aladdin Lamp

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: January 17, 2012
Nation of 1st Publication: United States

## Author

- Author: Olivier Le Queinec
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

Name: Olivier Le Queinec
Email: dearolivier@juno.com
Address: 414 Church Rd.
Readfield, ME 04355 United States

## Certification

Name: David Denholm
Date: May 26, 2025
Applicant's Tracking Number: OL2025051401

