**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

    Plaintiff,                                                                      Case No.: 1:26-cv-00839

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | nanxindege |
| 2 | LLIANHH |
| 3 | BeiLingJingMao |
| 4 | zhujishishangxueqizhenzhi |
| 5 | anyangdahengjidianshebeianzhuang |
| 6 | ZhuZhouBinYiShangMaoYouXianGongSi |
| 7 | ChenHongZhuangShiGongCheng |
| 8 | WanShiShengJianZhuGongCheng |
| 9 | jajisne |
| 10 | chengdubaoyancanyinyouxiangongsi |
| 11 | jiangmenshixinhuiqudefuniqiufuhu |
| 12 | canbaoshangmaodian |
| 13 | 灯明亮潇电子 |
| 14 | ShiChiSiWenSanaoYuXiaGongSi |
| 15 | AnZhenJianZhuGongCheng |
| 16 | YangBorq |
| 17 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 18 | Po Zhan Lin Shang Mao |
| 19 | 小原子精品 |
| 20 | QuJingXuLiaoShangMao |
| 21 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 22 | 粘贴萌宠贸易 |
| 23 | ZZIXINS |
| 24 | jinlljh |

| | |
|---|---|
| 25 | 车氪配科技店 |
| 26 | wjhbbs |
| 27 | henanhuachengbiaoshiyouxian |
| 28 | 厨佳工具店 |
| 29 | ZhouMingLaoShangM |
| 30 | heilongjiangzhizhuangruishangmaoyouxiangongsi |
| 31 | ChenMei46 |
| 32 | 乐玩童品铺 |
| 33 | WeiYiJiaChaoShi |
| 34 | 丽华家居商贸 |
| 35 | wwensc |
| 36 | lyxrrdq |
| 37 | kkanqix |
| 38 | LanLiXiaHongTing |
| 39 | 户外辉手电品 |
| 40 | henanbaochangjianshegongcheng |
| 41 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 42 | LVCHUSHANGMAO |
| 43 | zjinxs |
| 44 | 义乌市腾劲商贸有限公司 |
| 45 | 寻就玩具用品店 |
| 46 | QuJingWeiLingWangLuo |
| 47 | luoheshizhenglvjiatingnongchang |
| 48 | yibinfuyingshangmao |
| 49 | HeNanJiuQuanLeShangMao |
| 50 | hyynh |
| 51 | ZIMAL-ART |
| 52 | FFYS |
| 53 | luoyangzhadashangmaoyouxiangongsi |
| 54 | 范书柜收纳 |
| 55 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 56 | BEIBEEe |
| 57 | gaunjuhaodianpu |
| 58 | Jiaolili |
| 59 | HDSN-CWF |
| 60 | SHAOSHAN-june |
| 61 | AO-NINEONE |
| 62 | xionghuijunbaihuo |
| 63 | wuxiaoweide1235 |

| | |
|---|---|
| 64 | zhshiun |
| 65 | shijiazhuangqucaimaoyiyouxiangongsi |
| 66 | XiaoQiongdianzi |
| 67 | Chunmiao Trade |
| 68 | fanlongdexiaodian |
| 69 | NEW5 |
| 70 | ZEZOUZ |
| 71 | mengyuebaihuode |
| 72 | zhoupeipe6 |
| 73 | Yongdun99 |
| 74 | 佲垮 |
| 75 | VAVAYA |
| 76 | DSAFGSDGSDVDS |
| 77 | panjiangangart |
| 78 | siyunsu |
| 79 | lasin |
| 80 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 81 | aigjinu |
| 82 | ywyxgs |
| 83 | Tin Signs Shop |
| 84 | Jin Heng Shang Mao |
| 85 | wngob |
| 86 | Bbiasn |
| 87 | ddhj |
| 88 | wanjishipinzhengzhouyouxian |
| 89 | xuzhipeiart |
| 90 | minjjsin |
| 91 | jiang yan Educational poster |
| 92 | tangyinxianboliyezhuangshizhuangxiu |
| 93 | ykcuh |
| 94 | MeiQingWorkarts |
| 95 | YangZiXuan2025 |
| 96 | UIBDVKS STORE |
| 97 | qiuuuh |
| 98 | 贤淑服饰 |
| 99 | henanhuifengyejinziyuan |
| 100 | caonimamade |
| 101 | si yuan |
| 102 | xiaoli poster |
| 103 | jia-home-xzzyc |
| 104 | SHD PLATE HOME |

| | |
|---|---|
| 105 | Jungpeng |
| 106 | EMPOROYA |
| 107 | HengYangXianZhaoWanShangMaoYouXianGong |
| 108 | jiangmenshijunhuiqichefuwu |
| 109 | GuangZhouZhongWuWangLuoKeJi18 |
| 110 | riiw |
| 111 | liush |
| 112 | haiyangyuxiangshuichanyouxiangongsi |
| 113 | JJIWE |
| 114 | FU xing poster |
| 115 | huangxianxiangtt |
| 116 | JYUIIKGGG |
| 117 | heyuanzhangmaifuzhuang |
| 118 | DaFengXinXingJianCai |
| 119 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 120 | changhengshihongfufangdichanjingj |
| 121 | yongchengshishenghuijianzhu |
| 122 | zhengqiuminyishu |
| 123 | FinResss |
| 124 | XIAOYEyishuhaibao |
| 125 | DJSYLIFE® |
| 126 | Biuteawal |
| 127 | LUCKBTY |
| 128 | Saypeacher |
| 129 | TimeToBloom |
| 130 | LilyFly |
| 131 | panlongqusichaobaihuoshanghang |
| 132 | ZLYhuihua |
| 133 | JYsunshine |
| 134 | Vincent Home Art |
| 135 | Taylor Home Design |
| 136 | EZON-CH |
| 137 | plelat |
| 138 | beijinghansenyuanjixiekejiyouxiangongsi |
| 139 | licaitt |
| 140 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 141 | 海冯边玩具 |
| 142 | HAO WALLART |
| 143 | VIIVEI WALL ART |
| 144 | ALOTS |
| 145 | Loccor |

| | |
|---|---|
| 146 | ChengHA Direct |
| 147 | nuolushangmao |
| 148 | Rui Feng Jiang |
| 149 | He Zhengmu |
| 150 | WHUIBHAGWU |
| 151 | Xiaohong Hu |
| 152 | tanrangshangmao |
| 153 | ducimaoyi |
| 154 | Cao Home Decoration Store |
| 155 | Cjhhycphy |
| 156 | xiulian |
| 157 | tianyong |
| 158 | MZXCHNVDS |
| 159 | Mr.Alex |
| 160 | MR,ge |
| 161 | ZhaoSheng toys store |
| 162 | Wang sign Toys |
| 163 | dasluff |
| 164 | shangma |
| 165 | dicilly home supplies |
| 166 | Lottex shop |
| 167 | ZHOUYUEZI ART |
| 168 | PEIPEILOVE ART |
| 169 | TINGTINGDIAN ART |
| 170 | Yauau ART |
| 171 | NIUHANHAN ART |
| 172 | CY wall art |
| 173 | Mural Mirage Emporium |
| 174 | Liuyanli Poster |
| 175 | LJposter |
| 176 | Ingrid poster |
| 177 | Everyday Poster |
| 178 | MSM Decorative paintings and posters |
| 179 | Warm Holiday Paintings |
| 180 | Art Deco Poster Print |
| 181 | LYJ DE POSTER PAINTING |
| 182 | CQQ Decor Art |
| 183 | Black Rose Art poster |
| 184 | chen gui poster |
| 185 | Alice poster |

| | |
|---|---|
| 186 | CHEJIEM Art Canvas Poster |
| 187 | Little Red Poster |
| 188 | Liberty Canvas Craft |
| 189 | Color Art SS |
| 190 | Artistic creator |
| 191 | Refined Canvas |
| 192 | Silver Stirrup art |
| 193 | Art print a |
| 194 | Can Art Canvas Poster |
| 195 | This beautiful poster |
| 196 | Sungharbor Home |
| 197 | First choice poster |
| 198 | Cozy corner wall art decoration |
| 199 | Modern Poster Studio |
| 200 | TOUDADA |