Exhibit 1

## 001 nanxindege





## 003 BeiLingJingMao





## 005 anyangdahengjidianshebeianzhuang



VA 2-454-016

## 006 ZhuZhouBinYiShangMaoYouXianGongSi



## 007 ChenHongZhuangShiGongCheng



## 008 WanShiShengJianZhuGongCheng







## 011 jiangmenshixinhuiqudefuniqiufuhu



VA 2-454-016



012 canbaoshangmaodian

VA 2-454-016

# 013 灯明亮满潇电子



## 014 ShiChiSiWenSanaoYuXiaGongSi



## 015 AnZhenJianZhuGongCheng



VA 2-454-016

## 016 YangBorq



VA 2-454-016

## 017 YaoAnGuanDongXiaShangMaoYouXianGongSi



VA 2-454-016

## 018 Po Zhan Lin Shang Mao





019 小原子精品

VA 2-454-016



020 QuJingXuLiaoShangMao

VA 2-454-016



021 LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi

VA 2-454-016

## 022 粘贴萌宠贸易



## 023 ZZIXINS



VA 2-454-016

## 024 jinlljh



VA 2-454-016

## 025 车氪配科技店



VA 2-454-016

026 wjhbbs





## 028 厨佳工具店



VA 2-454-016

### 029 ZhouMingLaoShangM



VA 2-454-016

## 030 heilongjiangzhizhuangruishangmaoyouxiangongsi



031 ChenMei46



VA 2-454-016

# 032 乐玩童品铺



## 033 WeiYiJiaChaoShi



VA 2-454-016

## 034 丽华家居商贸





036 lyxrrdq



VA 2-454-016

037 kkanqix



## 038 LanLiXiaHongTing



VA 2-454-016

# 039 户外辉手电品





040 henanbaochangjianshegongcheng

VA 2-454-016

## 041 HeFeiLeiXiangShangMaoYouXianGongSi



## 042 LVCHUSHANGMAO



VA 2-454-016



043 zjinxs

## 044 义乌市腾劢商贸有限公司



VA 2-454-016

## 045 寻就玩具用品店



## 046 QuJingWeiLingWangLuo



## 047 luoheshizhenglvjiatingnongchang





048 yibinfuyingshangmao

VA 2-454-016



## 049 HeNanJiuQuanLeShangMao

050 hyynh



VA 2-454-016

## 051 ZIMAL-ART



052 FFYS



VA 2-454-016

## 053 luoyangzhadashangmaoyouxiangongsi



VA 2-454-016

## 054 范书柜收纳



## 055 yunchengjingjijishukaifaquhuaxinershoucheqiche



## 056 BEIBEEe



057 gaunjuhaodianpu



## 058 Jiaolili





## 059 HDSN-CWF



060 SHAOSHAN-june

VA 2-454-016

## 061 AO-NINEONE



VA 2-454-016



062 xionghuijunbaihuo

VA 2-454-016

063 wuxiaoweide1235







065 shijiazhuangqucaimaoyiyouxiangongsi

VA 2-454-016

066 XiaoQiongdianzi



## 067 Chunmiao Trade



VA 2-454-016



068 fanlongdexiaodian

## 069 NEW5



# 070 ZEZOUZ



## 071 mengyuebaihuode





# 073 Yongdun99



## 074 伯垮



# 075 VAVAYA



VA 2-454-016

# 076 DSAFGSDGSDVDS



## 077 panjiangangart



VA 2-454-017

## 078 siyunsu



VA 2-454-017

079 lasin



## 080 ChangShaShiXiGuiShangMaoYouXianGongSi



## 081 aigjinu



082 ywyxgs



## 083 Tin Signs Shop





084 Jin Heng Shang Mao

085 wngob



VA 2-454-017

## 086 Bbiasn







088 wanjishipinzhengzhouyouxian

VA 2-454-017



089 xuzhipeiart

VA 2-454-017

090 minjjsin



## 091 jiang yan Educational poster



## 092 tangyinxianboliyezhuangshizhuangxiu



093 ykcuh





## 095 YangZiXuan2025



# 096 UIBDVKS STORE



097 qiuuuh



VA 2-454-017

## 098 贤淑服饰







101 si yuan



## 102 xiaoli poster



# 103 jia-home-xzzyc



## 104 SHD PLATE HOME



## 105 Jungpeng



VA 2-454-017

# 106 EMPOROYA



VA 2-454-017

## 107 HengYangXianZhaoWanShangMaoYouXianGong



## 108 jiangmenshijunhuiqichefuwu



## 109 GuangZhouZhongWuWangLuoKeJi18



VA 2-454-517

## 110 riiw





111 liush

## 112 haiyangyuxiangshuichanyouxiangongsi



VA 2-454-517

## 113 JJIWE



# 114 FU xing poster





115 huangxianxiangtt

VA 2-454-517

## 116 JYUIIKGGG



VA 2-454-517

## 117 heyuanzhangmaifuzhuang



VA 2-454-517

# 118 DaFengXinXingJianCai



## 119 YangJiangShiQianJinMaoYiYouXianGongSi



VA 2-454-517

## 120 changhengshihongfufangdichanjingj



## 121 yongchengshishenghuijianzhu



VA 2-454-517

## 122 zhengqiuminyishu



VA 2-454-517

## 123 FinResss



## 124 XIAOYEyishuhaibao



## 125 DJSYLIFE®



VA 2-454-517

## 126 Biuteawal



# 127 LUCKBTY



VA 2-454-517

## 128 Saypeacher



VA 2-454-517

## 129 TimeToBloom



VA 2-454-517

## 130 LilyFly



VA 2-454-517

131 panlongqusichaobaihuoshanghang





## 132 ZLYhuihua

VA 2-454-528

133 JYsunshine



VA 2-454-528

## 134 Vincent Home Art



## 135 Taylor Home Design



VA 2-454-528

## 136 EZON-CH



137 plelat



VA 2-455-230

## 138 beijinghansenyuanjixiekejiyouxiangongsi



139 licaitt



VA 2-454-572

## 140 GuangShuiShiLiZhuiLangShangMaoYouXianGongSi



## 141 海冯边玩具



## 142 HAO WALLART



VA 2-454-315

## 143 VIIVEI WALL ART



# 144 ALOTS



## 145 Loccor



VA 2-454-012

## 146 ChengHA Direct



VA 2-454-012

## 147 nuolushangmao



## 148 Rui Feng Jiang



## 149 He Zhengmu



# 150 WHUIBHAGWU



## 151 Xiaohong Hu



**VA 2-454-016**





153 ducimaoyi

## 154 Cao Home Decoration Store





155 Cjhhycphy

## 156 xiulian



VA 2-454-017

## 157 tianyong



## 158 MZXCHNVDS





160 MR,ge





## 161 ZhaoSheng toys store

8/11/25, 10:58 PM    Bathroom Rugs Bath Mat,American West Rodeo Cowboy Black Felt Hat ATOP Worn Western Boots and Spurs,Non Slip Washabl...

VA 2-454-017

## 162 Wang sign Toys



8/11/25, 11:06 PM    Doormat 16x24 Inch Front Door Mat Welcome Mat Western Non-Slip Absorbent Indoor Door Mats Rubber Backing Low-Profile Flo...

8/11/25, 11:08 PM    Review your order - Walmart.com

VA 2-454-017

163 dasluff



8/11/25, 11:13 PM — Door Mat Rustic Cowboy Hat Boots and Old Ranch Rope Doormat Non-Slip Rubber Backing Floor Mats for Outdoor/Indoor Entryw...

$19.99

4 stars and above

8/11/25, 11:14 PM — Review your order - Walmart.com

Checkout

1. Shipping, arrives between Fri, Aug 15 — Wed, Aug 20

Estimated total $30.84

2. Payment method

VA 2-454-017



## 164 shangma

8/11/25, 11:37 PM    Hieng Cowboy Wall Art American West Rodeo Cowboy Hat Boots Pictures Poster Guitar Painting on Canvas Beige Vintage Artwor...

VA 2-454-517

## 165 dicilly home supplies



VA 2-454-572

## 166 Lottex shop



## 167 ZHOUYUEZI ART



## 168 PEIPEILOVE ART



# 169 TINGTINGDIAN ART



## 170 Yauau ART



## 171 NIUHANHAN ART



## 172 CY wall art



## 173 Mural Mirage Emporium



## 174 Liuyanli Poster



## 175 LJposter



## 176 Ingrid poster



## 177 Everyday Poster



## 178 MSM Decorative paintings and posters



# 179 Warm Holiday Paintings



# 180 Art Deco Poster Print



# 181 LYJ DE POSTER PAINTING



## 182 CQQ Decor Art



## 183 Black Rose Art poster



184 chen gui poster



## 185 Alice poster



## 186 CHEJIEM Art Canvas Poster



## 187 Little Red Poster



# 188 Liberty Canvas Craft



## 189 Color Art SS



190 Artistic creator



## 191 Refined Canvas



## 192 Silver Stirrup art



## 193 Art print a



## 194 Can Art Canvas Poster



## 195 This beautiful poster



## 196 Sungharbor Home



## 197 First choice poster



## 198 Cozy corner wall art decoration



## 199 Modern Poster Studio



## 200 TOUDADA

