IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLIVIER LE QUEINEC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-00839-TMD-AB<br><br>**Honorable Judge Thomas M. Durkin**<br><br>**Magistrate Albert Berry, III** |

**MOVING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Loccor (Defendant No. 145) and ChengHA Direct (Defendant No. 146) ("Moving Defendants"), by and through their counsel Bayramoglu Law Offices, LLC, hereby move the Court for a thirty (30) day extension of time to file a responsive pleading to the Complaint [Dkt. No. 1]. On February 26, 2026, Counsel for Moving Defendants conferred with counsel for Plaintiff Olivier Le Queinec ("Plaintiff") regarding the presently requested extension of time to file a responsive pleading. Counsel for Plaintiff does not oppose the present motion.

Plaintiff filed its Complaint on January 26, 2026 [Dkt. No. 1]. The summons was returned executed on February 6, 2026, and set the answer deadline for February 27, 2026 [Dkt. No. 18]. Counsel for Moving Defendants was just retained yesterday and needs time to familiarize themselves with the Complaint and potentially seek an amicable resolution with Plaintiff. Moving Defendants' new deadline to file a responsive pleading to the Complaint would be due on or before March 30, 2026.

The extension allows counsel for Moving Defendants to come up to speed in this matter and allows the parties to explore the possibility of a resolution. Moving Defendants do not believe that Plaintiff will be prejudiced by this extension, and Plaintiff has confirmed it does not oppose the extension.

Therefore, Moving Defendants respectfully request that the Court grant them an extension until March 30, 2026, to file their responsive pleadings to Plaintiff's Complaint.

| | |
|---|---|
| DATED: February 27, 2026 | Respectfully Submitted, |
| | By: /s/ David Silver |
| | David Silver |
| | **BAYRAMOGLU LAW OFFICES LLC** |
| | 1540 West Warm Springs Road, Suite 100 |
| | Henderson, NV 89014 |
| | Tel: (702) 462-5973 | Fax: (702) 553-3404 |
| | david@bayramoglu-legal.com |
| | *Attorneys for Defendant ChengHA Direct and Loccor* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ David Silver*
DAVID SILVER, ESQ.