IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| OLIVIER LE QUEINEC,<br><br>Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIP AND UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE "A",<br><br>Defendants | Case No.: 1:26-cv-00839-TMD-AB<br><br>Honorable Judge Thomas M. Durkin<br><br>Magistrate Albert Berry, III |

**<u>ADDENDUM TO MOTION AND APPLICATION TO APPEAR PRO HAC VICE</u>**

I, Yiu Fai Au, have voluntarily withdrawn, resigned, or administratively removed, without any disciplinary sanction or investigation, from the following bar:

New Jersey;

District of Colorado.

I, Yiu Fai Au, have transferred to inactive status, without any disciplinary sanction or investigation, from the following bar:

Maryland;

Colorado.

| | |
|---|---|
| DATED March 3, 2026 | Respectfully submitted, |
| | By: **/s/ Yiu Fai Au** |
| | Yiu Fai Au<br>yiu@auiplaw.com<br>Au Law Office, P.C.<br>333 S Grand Ave<br>Suite 3310<br>Los Angeles, CA 90071<br>Telephone: (323) 366-1999<br>Facsimile: (323) 366-1917 |