## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Olivier Le Queinec

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:26–cv–00839

                                                                      Honorable Thomas M.
                                                                      Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

        MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [34] is granted. Defendant Cozy corner wall art decoration's responsive pleadings to Plaintiff's Complaint are due by 4/24/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.