**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

    Plaintiff,                          Case No.: 1:26-cv-00839

v.                                 Judge Thomas M. Durkin

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: April 14, 2026                      Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt
                                     FL Bar No. 1036084/IL Bar No. 6207971
                                     Keith A. Vogt PLLC
                                     1820 NE 163rd Street, Suite #306
                                     North Miami Beach, Florida 33162
                                     Telephone: 312-971-6752
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.