**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

       Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No.: 1:26-cv-00839

**Judge Thomas M. Durkin**

**Magistrate Judge Albert Berry, III**

## <u>JOINT STIPULATION OF SETTLEMENT</u>

Plaintiff, Olivier Le Queinec ("Plaintiff"), hereby notifies the Court that it has reached a settlement in principle with Defendant No. 198 Cozy corner wall art decoration (the "Defendant"), and that the Parties are currently awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the Parties' execution of settlement terms.

In light of the settlement, the Parties respectfully request a stay of proceedings for ninety (90) days to allow time for the execution of settlement terms. If Defendant fails to make payment within the ninety (90) days, Defendant agrees that the Court may enter a consent judgment against them for the full amount due under the settlement agreement, plus reasonable attorneys' fees and costs incurred in entering and enforcing such judgment.

DATED:   May 27, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Jiyuan Zhang* |
| Keith A. Vogt | Jiyuan Zhang |
| FL Bar No. 1036084/IL Bar No. 6207971 | J. Zhang and Associates, P.C. |
| Keith A. Vogt PLLC | 37-12 Prince Street, Suite 9C |
| 1820 NE 163rd Street, Suite #306 | Flushing, NY 11354 |
| North Miami Beach, Florida 33162 | Telephone: 718-701-5098 |
| Telephone: 312-971-6752 | E-mail: contact@jzhanglaws.com |
| E-mail: keith@vogtip.com | |
| | |
| ***ATTORNEY FOR PLAINTIFF*** | ***ATTORNEY FOR DEFENDANT*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 27, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt