**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Olivier Le Queinec

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–00839
                                                        Honorable Thomas M.
                                                        Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 26, 2026:

        MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notice of voluntary dismissal, any remaining Defendants that have not been subject to a prior Order entered by the Court, including any consent judgment order, default judgment order, final judgment order or a prior dismissal entered by the Court are dismissed without prejudice. All pending dates before this court are stricken. The telephone status set for 6/29/2026 at 9:15 a.m. is vacated. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.