✎ AO 121 (6/90)

| TO: | |
|-----|--|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:26-cv-00839    **DATE FILED** 01/26/2026 | United States District Court<br>Northern District of Illinois |
| **PLAINTIFF**<br><br>Olivier Le Queinec | **DEFENDANT**<br><br>The Partnerships and Unincorporated Associations<br>Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1   See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY: ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>B. Irizarry | **DATE**<br>1/27/2026 |

**DISTRIBUTION:** 1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court     5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Olivier Le Queinec

                                    Plaintiff,

v.

                                      Case No.:
                                      1:26–cv–00839
                                      Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notice of voluntary dismissal, any remaining Defendants that have not been subject to a prior Order entered by the Court, including any consent judgment order, default judgment order, final judgment order or a prior dismissal entered by the Court are dismissed without prejudice. All pending dates before this court are stricken. The telephone status set for 6/29/2026 at 9:15 a.m. is vacated. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 29, 2026

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-016

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title
_____

**Title of Work:** Cowboy Gear

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** January 27, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Olivier Le Queinec
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions
_____

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification
_____

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** OL2025051407



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-017

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cowboy Hat and Boots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | January 27, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Olivier Le Queinec |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olivier Le Queinec |
| | 414 Church Rd., Readfield, ME, 04355, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olivier Le Queinec |
| **Email:** | dearolivier@juno.com |
| **Address:** | 414 Church Rd. |
| | Readfield, ME 04355 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | OL2025051408 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-517

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 28, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Vintage Cowboy Boots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 10, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Olivier Le Queinec |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olivier Le Queinec |
| | 414 Church Rd., Readfield, ME, 04355, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olivier Le Queinec |
| **Email:** | dearolivier@juno.com |
| **Address:** | 414 Church Rd. |
| | Readfield, ME 04355 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 27, 2025 |
| **Applicant's Tracking Number:** | OL2025051423 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-528

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

**Title of Work:** The Old Boots

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 17, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051422

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-230**

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Cowgirl Boots Collection

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 13, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 27, 2025
**Applicant's Tracking Number:** OL2025051411

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-572

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rodeo Still Life |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 09, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Olivier Le Queinec |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olivier Le Queinec |
| | 414 Church Rd., Readfield, ME, 04355, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olivier Le Queinec |
| **Email:** | dearolivier@juno.com |
| **Address:** | 414 Church Rd. |
| | Readfield, ME 04355 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 27, 2025 |
| **Applicant's Tracking Number:** | OL2025051417 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-315

**Effective Date of Registration:**
May 27, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The American Sport |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 08, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Olivier Le Queinec |
| **Author Created:** | photograph |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olivier Le Queinec |
| | 414 Church Rd., Readfield, ME, 04355, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olivier Le Queinec |
| **Email:** | dearolivier@juno.com |
| **Address:** | 414 Church Rd. |
| | Readfield, ME 04355 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 27, 2025 |
| **Applicant's Tracking Number:** | OL2025051420 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-012

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

## Title

**Title of Work:** Aladdin Lamp

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 17, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Olivier Le Queinec
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Olivier Le Queinec
414 Church Rd., Readfield, ME, 04355, United States

## Rights and Permissions

**Name:** Olivier Le Queinec
**Email:** dearolivier@juno.com
**Address:** 414 Church Rd.
Readfield, ME 04355 United States

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** OL2025051401

Page 1 of 2

