**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OLIVIER LE QUEINEC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-00839<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Albert Berry, III |

**PLAINTIFF'S MOTION TO REINSTATE**
**CIVIL ACTION NO. 1:26-cv-00839 AS TO DEFENDANT NO. 198**

Plaintiff, Olivier Le Queinec ("Plaintiff"), respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 60(b), to reinstate this action for the limited purpose of entering the agreed Consent Judgment against Defendant No. 198 Cozy corner wall art decoration ("Defendant"), which settled Plaintiff's claims but failed to pay the settlement amount to which it agreed.

Plaintiff and Defendant resolved Plaintiff's claims and promptly notified the Court by filing a Joint Stipulation of Settlement as to Defendant. [47]. One month later, Plaintiff voluntarily dismissed without prejudice any remaining defendants that had not been subject to a prior order of the Court, and the Court terminated the case. [50]; [51]. Because the Parties' settlement had been memorialized in a stipulation rather than a court order, that catch-all dismissal swept in Defendant, a party with which Plaintiff had already agreed to settle and against which Plaintiff never intended to abandon its claims. The Parties then executed the written settlement agreement, under which Defendant agreed to pay the settlement amount within sixty days of the agreement's effective date,

a period that closed on October 25, 2026. Defendant did not provide notice that additional time was needed and did not request an extension of that deadline.

Consistent with the Parties' agreement, and with Defendant's consent, Plaintiff concurrently files herewith a motion for entry of the proposed Consent Judgment, which awards the settlement amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. Defendant has also expressly consented to the personal jurisdiction and venue of this Court by written agreement. This motion is agreed; Defendant consents to entry of the proposed Consent Judgment and does not oppose the relief requested. Reinstatement is therefore warranted so that the Court may enter the agreed Consent Judgment to which Defendant has already consented. Once the Consent Judgment is entered, no defendants will remain, and this action may again be closed.

WHEREFORE, Plaintiff respectfully requests that the Court reinstate this action as to Defendant for the limited purpose of entering the agreed Consent Judgment attached to Plaintiff's concurrently filed Agreed Motion for Entry of Consent Judgment.

DATED: October 29, 2026

Respectfully submitted,

*<u>/s/ Keith A. Vogt</u>*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 29, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt