**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OLIVIER LE QUEINEC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-00839<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Albert Berry, III |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Olivier Le Queinec ("Plaintiff"), with the agreement and consent of Defendant No. 198 Cozy corner wall art decoration ("Defendant"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as Exhibit A. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving Plaintiff's claims against Defendant. Under that agreement, Defendant agreed to pay Plaintiff seven hundred fifty dollars ($750) (the "Settlement Amount") within sixty days of the agreement's effective date, a period that closed on October 25, 2026. Defendant did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendant did not remit the Settlement Amount within the time required, and the Settlement Amount remains unpaid. Consistent with the Parties' agreement, and with Defendant's consent, Plaintiff moves for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, directs Whaleco, Inc. d/b/a Temu ("Temu") to transfer the Settlement Amount from Defendant's account to Plaintiff, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in

enforcing the judgment. Defendant has also expressly consented to the personal jurisdiction and venue of this Court by written agreement. This motion is agreed; Defendant consents to entry of the proposed Consent Judgment and does not oppose the relief requested. Plaintiff files this motion concurrently with its motion to reinstate this action for the limited purpose of entering the Consent Judgment.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendant.

DATED: October 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 29, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt